## JANE A. BADMAN *v.* JOHN BADMAN, JR.
### (AC 20622)

Foti, Dranginis and Daly, Js.

Submitted on briefs January 12—officially released February 6, 2001

Per Curiam. The judgment is affirmed.

## RALPH ROCKY BELLO *v.* TOWN OF WEST HAVEN ET AL.
### (AC 20675)

Lavery, C. J., and Spear and O'Connell, Js.

Submitted on briefs January 12—officially released February 6, 2001

Per Curiam. The judgment is affirmed.

## RITA LUCIANO *v.* COMMISSIONER OF CORRECTION
### (AC 20423)

Lavery, C. J., and Foti and Dranginis, Js.

Argued January 11—officially released February 6, 2001

Per Curiam. The judgment is affirmed.